UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANGEL LUDIZACA AKA
ANGEL REMACHE et al.,

        Plaintiffs,

        -against-

GFB RESTAURANT CORP. d/b/a
IL MULINO RESTAURANT et al.,

        Defendants.
-------------------------------------------------------X
STATE OF NEW YORK  )
                    S.S.
COUNTY OF NEW YORK)

Index No.13 CV 9180

AFFIDAVIT OF SERVICE

        JESSE GOLDMAN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 17th day of February, 2014, at approximately the time of 4:22 PM, deponent served a true copy of the Summons in a Civil Action, Complaint Collective Action, Individual Rules & Practices in Civil Cases Ronnie Abrams, United States District Judge, Individual Practices of Magistrate Judge Michael H. Dolinger, Judge Abrams Order dated January 10, 2014 and Pilot Project Standing Order dated December 30, 2013 upon Brian Galligan at 86 West 3rd Street, New York, New York, by personally delivering and leaving the same with Jordan Kanev, Manager, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Brian Galligan is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

        Jordan Kanev is a white male, approximately 37 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 170 pounds with brown hair.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ANGEL LUDIZACA AKA
ANGEL REMACHE et al.,

        Plaintiffs,

        -against-

GFB RESTAURANT CORP. d/b/a
IL MULINO RESTAURANT et al.,

        Defendants.
--------------------------------------------------------X
STATE OF NEW YORK  )
                    S.S.
COUNTY OF NEW YORK)

Index No.13 CV 9180

AFFIDAVIT OF SERVICE

        JESSE GOLDMAN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 17th day of February, 2014, at approximately the time of 4:22 PM, deponent served a true copy of the Summons in a Civil Action, Complaint Collective Action, Individual Rules & Practices in Civil Cases Ronnie Abrams, United States District Judge, Individual Practices of Magistrate Judge Michael H. Dolinger, Judge Abrams Order dated January 10, 2014 and Pilot Project Standing Order dated December 30, 2013 upon Brian Galligan at 86 West 3rd Street, New York, New York, by personally delivering and leaving the same with Jordan Kanev, Manager, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Brian Galligan is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

        Jordan Kanev is a white male, approximately 37 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 170 pounds with brown hair.

That on the 18th day of February, 2014, deponent served another copy of the foregoing upon Brian Galligan by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Brian Galligan
86 West 3rd Street
New York, New York 10012

JESSE GOLDMAN #1417385

Sworn to before me this
21st day of February, 2014

NOTARY PUBLIC

DOMINIC DELLAPORTE
Notary Public, State of New York
No. 01DE6052212
Qualified in Nassau County
Commission Expires December 11, 20___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ANGEL LUDIZACA AKA
ANGEL REMACHE et al.,

       Plaintiffs,

       -against-

GFB RESTAURANT CORP. d/b/a
IL MULINO RESTAURANT et al.,

       Defendants.
--------------------------------------------------------X
STATE OF NEW YORK  )
                 S.S.
COUNTY OF NEW YORK)

Index No.13 CV 9180

AFFIDAVIT OF SERVICE

       JESSE GOLDMAN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

       That on the 17th day of February, 2014, at approximately the time of 4:22 PM, deponent served a true copy of the Summons in a Civil Action, Complaint Collective Action, Individual Rules & Practices in Civil Cases Ronnie Abrams, United States District Judge, Individual Practices of Magistrate Judge Michael H. Dolinger, Judge Abrams Order dated January 10, 2014 and Pilot Project Standing Order dated December 30, 2013 upon Jerry Katzoff at 86 West 3rd Street, New York, New York, by personally delivering and leaving the same with Jordan Kanev, Manager, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Jerry Katzoff is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

       Jordan Kanev is a white male, approximately 37 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 170 pounds with brown hair.

That on the 18th day of February, 2014, deponent served another copy of the foregoing
upon Jerry Katzoff by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid
wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not
indicating on the outside that it is from an attorney, and depositing the same into an official depository
maintained by the Government of the United States, City and State of New York, addressed as follows:

Jerry Katzoff
86 West 3rd Street
New York, New York 10012

JESSE GOLDMAN #1417385

Sworn to before me this
21st day of February, 2014

NOTARY PUBLIC

DOMINIC DELLAPORTE
Notary Public, State of New York
No. 01DE6052212
Qualified in Nassau County
Commission Expires December 11, 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANGEL LUDIZACA AKA
ANGEL REMACHE et al.,

        Plaintiffs,

-against-

GFB RESTAURANT CORP. d/b/a
IL MULINO RESTAURANT et al.,

        Defendants.
-------------------------------------------------------X
STATE OF NEW YORK  )
                S.S.:
COUNTY OF NEW YORK)

Index No.13 CV 9180

AFFIDAVIT OF SERVICE

      JESSE GOLDMAN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 17th day of February, 2014 at approximately 4:22 PM, deponent served a true copy of the Summons in a Civil Action, Complaint Collective Action, Individual Rules & Practices in Civil Cases Ronnie Abrams, United States District Judge, Individual Practices of Magistrate Judge Michael H. Dolinger, Judge Abrams Order dated January 10, 2014 and Pilot Project Standing Order dated December 30, 2013 upon GFB Restaurant Corp. d/b/a Il Mulino Restaurant at 86 West Third Street, New York, New York, by personally delivering and leaving the same with Jordan Kanev, Manager, who informed deponent that he is an agent authorized by appointment to receive service at that address.

      Jordan Kanev is a white male, approximately 37 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 170 pounds with brown hair.

JESSE GOLDMAN #1417385

Sworn to before me this
21st day of February, 2014

NOTARY PUBLIC