**DAVIS & GILBERT LLP**
ATTORNEYS AT LAW

1740 Broadway          T: 212.468.4800          www.dglaw.com
New York, NY 10019     F: 212.468.4888

Direct Dial: 212.468.4950
Personal Fax: 212.974.6946
Email: gbrochin@dglaw.com

March 18, 2014

**BY ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

   Re: *Ludizaca v. GFB Restaurant Corp., et al.*, No. 13 Civ. 9180 (RA)

Dear Judge Abrams:

   This firm was recently retained to represent GFB Restaurant Corp., Jerry Katzoff, and Brian Galligan, the defendants in the above-referenced action.  We write in accordance with Your Honor's Individual Practices to respectfully request (i) a brief extension of the March 21, 2014 deadline for defendants to answer or otherwise respond to plaintiffs' complaint and for the parties to submit a joint letter and proposed case management plan and scheduling order; and (ii) an adjournment of the initial status conference currently scheduled for March 28, 2014.   This is defendants' first request for an extension of these deadlines, and plaintiffs' counsel consents to this request.

   Specifically, defendants respectfully request that the Court so-order the following schedule:

- Defendants shall answer plaintiffs' complaint by April 11, 2014.

- The parties shall submit a joint letter containing the information set forth in the Court's order dated January 10, 2014, along with a proposed case management plan and scheduling order, by April 24, 2014.

- Counsel for all parties shall appear for an initial status conference on a date to be set by the Court.

DAVIS & GILBERT LLP

Hon. Ronnie Abrams
March 18, 2014
Page 2


The parties have been engaging in settlement discussions, and we are hopeful that this extension of time will provide the parties with sufficient time to resolve this lawsuit without further proceedings.

Respectfully submitted,

Gregg Brochin

cc:     Bradford D. Conover, Esq. (by email)
        Molly Smithsimon, Esq. (by email)