USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 31 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANGEL LUDIZACA, a/k/a ANGEL REMACHE, CLEBER LUDIZACA, a/k/a RODRIGO REMACHE, MANUEL TINISHANAY, and CLAUDIO PERALTA, individually and on behalf of other persons similarly situated,

       Plaintiffs,

-v-

GFB RESTAURANT CORP., d/b/a "IL MULINO" RESTAURANT, JERRY KATZOFF, and BRIAN GALLIGAN,

       Defendants.

------------------------------------------------------------X

No. 13-cv-9180-RA

ORDER

RONNIE ABRAMS, United States District Judge:

  For the reasons discussed on the record at yesterday's conference, the following is hereby ORDERED:

1. The proposed opt-in notice is approved with the following modifications: (a) a three year notice period prior to the filing of the Complaint shall apply, and (b) the notice shall include the two sentences proposed by Defendants in the "Ask to be Included" section;

2. Defendants shall post the notice within 10 days at the restaurant in a location conspicuous to all employees;

3. Plaintiffs' request for the production of employees' social security numbers is denied without prejudice;

4. Within 20 days, Defendants shall provide Plaintiffs with an electronic file containing the names, last known mailing addresses, last known email addresses, and last known telephone numbers of all employees covered by the notice;

5. Fact discovery is extended to March 10, 2015; and

6. Plaintiffs shall file any motion for class certification of their New York Labor Law claims by March 10, 2015.

A status conference is scheduled for March 13, 2015 at 11:30 a.m. The parties shall submit a joint status letter on ECF by March 6, 2015. The parties may request a referral to a mediator or Magistrate Judge Dolinger for settlement at any time.

SO ORDERED.

Dated:      October 31, 2014
            New York, New York

                                    _____
                                    Ronnie Abrams
                                    United States District Judge