```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: May 13, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL LUDIZACA, et al.,

                Plaintiffs,

v.

GFB RESTAURANT CORP. *doing business as* IL MULINO RESTAURANT, et al.,

                Defendants.

No. 13-CV-9180 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    It was reported to the Court on May 8, 2015 that this Fair Labor Standards Act ("FLSA") case has reached a settlement in principle. Should the parties wish to resolve the case by Rule 41 stipulation, they must submit the stipulation by June 22, 2015.

    If the parties seek judicial approval of their settlement, the parties shall submit to the Court by June 22, 2015 a joint letter setting forth their views as to why their settlement is fair and reasonable and should be approved. In light of the presumption of public access attaching to "judicial documents," *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006), the parties are advised that materials on which the Court relies in making its fairness determination will be placed on the public docket. *See Wolinsky v. Scholastic Inc.*, No. 11 Civ. 5917 (JMF), 2012 WL 2700381, at *3–7 (S.D.N.Y. July 5, 2012).

    In the alternative, the parties may consent to conducting all further proceedings before Magistrate Judge Dolinger by completing the attached consent form by June 22, 2015, which

permits Judge Dolinger to enter a final disposition in the case. As the form indicates, no adverse substantive consequences will arise if the parties choose not to proceed before Judge Dolinger.

SO ORDERED.

Dated:   May 13, 2015
         New York, New York

_____
Ronnie Abrams
United States District Judge

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| *Defendant* | ) | |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____     _____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.