UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL LUDIZACA, a/k/a ANGEL REMACHE, and
CLEBER LUDIZACA, a/k/a RODRIGO REMACHE,
individually and on behalf of other persons similarly
situated,

    *Plaintiffs*,

  -against-

GFB RESTAURANT CORP., d/b/a "IL MULINO"
RESTAURANT, JERRY KATZOFF, and BRIAN
GALLIGAN,

    *Defendants*.

Case No.: 13 Civ. 9180 (RA)

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, through their respective counsel, that the above-captioned action is voluntarily dismissed, <u>with prejudice</u>, against all Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| CONNOVER LAW OFFICES<br>Attorneys for Plaintiffs<br>345 Seventh Avenue, 21st Floor<br>New York, NY 10001<br>(212) 588-9080<br><br>By: _____<br>    Bradford D. Conover, Esq.<br>    Molly Smithsimon, Esq.<br><br>Dated: June 18, 2015 | DAVIS & GILBERT LLP<br>Attorneys for Defendants<br>1740 Broadway<br>New York, NY 10019<br>(212) 468-4800<br><br>By: _____<br>    Gregg Brochin, Esq.<br><br><br>Dated: 6/18/15 |