USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/4/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL LUDIZACA, et al.,

        Plaintiffs,

v.

GFB RESTAURANT CORP. *doing business as* IL MULINO RESTAURANT, et al.,

        Defendants.

No. 13-CV-9180 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On August 31, 2015, this Court directed the parties to submit either a joint letter setting forth their views as to why their settlement is fair and reasonable and should be approved by the Court, or a stipulation of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41 no later than September 8, 2015. The Court subsequently extended the deadline to December 30, 2015.

On December 30, 2015, the parties submitted a voluntary dismissal "*with prejudice*, against all Defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii)." Dkt. 42 (emphasis in original). As this Court stated in its August 31, 2015 Order, however, "the parties may not file a Rule 41 stipulation for dismissal of the action with prejudice unless they obtain approval of their settlement" in light of the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).[1]

---

[1] The Second Circuit's decision does not preclude the dismissal of an FLSA case without prejudice pursuant to a Rule 41(a)(1)(A) stipulation. *See Cheeks*, 796 F.3d at 201 n.2.

It is hereby ORDERED that the parties shall submit either a joint letter setting forth their views as to why their settlement is fair and reasonable and should be approved by the Court, or a stipulation of voluntary dismissal *without prejudice* pursuant to Federal Rule of Civil Procedure 41 no later than January 18, 2016. No further extensions will be granted absent good cause.

The Clerk of Court is respectfully directed to reopen the case.

SO ORDERED.

Dated:   January 4, 2016
        New York, New York

_____
Ronnie Abrams
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL LUDIZACA, a/k/a ANGEL REMACHE, and
CLEBER LUDIZACA, a/k/a RODRIGO REMACHE,
individually and on behalf of other persons similarly
situated,

*Plaintiffs*,

-against-

GFB RESTAURANT CORP., d/b/a "IL MULINO"
RESTAURANT, JERRY KATZOFF, and BRIAN
GALLIGAN,

*Defendants.*

Case No.: 13 Civ. 9180 (RA)

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, through their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| CONNOVER LAW OFFICES | DAVIS & GILBERT LLP |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 345 Seventh Avenue, 21st Floor | 1740 Broadway |
| New York, NY 10001 | New York, NY 10019 |
| (212) 588-9080 | (212) 468-4800 |
| By: _____ | By: _____ |
| Bradford D. Conover, Esq. | Gregg Brochin, Esq. |
| Molly Smithsimon, Esq. | |
| Dated: June 18, 2015 | Dated: 6/18/15 |