USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: JAN 08 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL LUDIZACA, a/k/a ANGEL REMACHE, and CLEBER LUDIZACA, a/k/a RODRIGO REMACHE, individually and on behalf of other persons similarly situated,

        *Plaintiffs*,

-against-

GFB RESTAURANT CORP., d/b/a "IL MULINO" RESTAURANT, JERRY KATZOFF, and BRIAN GALLIGAN,

        *Defendants.*

Case No.: 13 Civ. 9180 (RA)

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, through their respective counsel, that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

CONNOVER LAW OFFICES
Attorneys for Plaintiffs
345 Seventh Avenue, 21st Floor
New York, NY 10001
(212) 588-9080

By: _____
Bradford D. Conover, Esq.
Molly Smithsimon, Esq.

Dated: 1/6/2016

DAVIS & GILBERT LLP
Attorneys for Defendants
1740 Broadway
New York, NY 10019
(212) 468-4800

By: _____
Gregg Brochin, Esq.

Dated: 1/5/16

**SO ORDERED:**

_____
U.S.D.J.
1/8/16